*AO 10*
*Rev. 1/2012*

**1. Person Reporting (last name, first**

Hughes, Lynn N.

**4. Title (Article III judges indicate a**
magistrate judges indicate full

District Judge

# FINANCIAL DISCL

## III. NON-INVESTM

### A. Filer's Non-Investmen

 NONE (*No reportab*

DATE

## V. GIFTS. *(Includes those to*

 NONE *(No reportab*

SOURCE

1.

# FINANCIAL DISCL

## VII. INVESTMENTS

☐ NONE *(No reportal*

**A.**

Description of Asse
(including trust asse

# FINANCIAL DISCL

## VII. INVESTMENTS

☐ NONE *(No reportab*

**A.**

Description of Asse

(including trust asset

# VII. INVESTMENTS

☐ NONE *(No reportab*

**A.**

Description of Asset

(including trust asset

## VII. INVESTMENTS

☐ NONE *(No reportab*

**A.**

Description of Asse

(including trust asset

# FINANCIAL DISCL

## VII. INVESTMENTS

☐ NONE (*No reportab*

**A.**

Description of Asset

(including trust asset

# FINANCIAL DISCL

## VII. INVESTMENTS

☐ NONE *(No reportab*

### A.

Description of Asse

(including trust asset

# FINANCIAL DISCL

---

# VIII. ADDITIONAL

Note One: Cash balances in br

Note Two: This represents roy

Note Three: This was one-tim

## IX. CERTIFICATIO

I certify that all informatio
accurate, true, and complete to
provisions permitting non-discl

I further certify that earne
compliance with the provisions